UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
FEB 0 6 2007

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * | CIV 06-4176 |
| Plaintiff, | * | ORDER GRANTING INTERVENTION |
| GEORGE CLARK, JR., RICKEY JOHNSON, and JAMES MEIER, | * | |
| Plaintiffs/Intervenors, -vs- | * | |
| SARA LEE CORPORATION, d/b/a SARA LEE BAKERY GROUP, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiff Equal Employment Opportunity Commission's brief in support of the motion to intervene, and Defendant Sara Lee Corporations consent to intervention. The parties agree that George Clark, Jr., Rickey Johnson and James Meier are entitled to intervene in this action brought by the EEOC to correct allegedly unlawful employment practices on the basis of race. Accordingly,

IT IS ORDERED that George Clark, Jr., Rickey Johnson and James Meier shall be allowed to intervene as plaintiffs in this case, and the Intervenor Complaint and Answer to Intervenor Complaint are properly filed.

Dated this 6th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
DEPUTY