IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>           Plaintiff,<br><br>and<br><br>GEORGE CLARK, JR., RICKEY JOHNSON, and JAMES MEIER,<br><br>           Plaintiffs/Intervenors,<br><br>v.<br><br>SARA LEE CORPORATION,<br>d/b/a SARA LEE BAKERY GROUP,<br>           Defendant. | Civil Action No. 06-4176 (LLP)<br><br>**NOTICE OF VIDEO DEPOSITION OF TERRY OLINGER** |

---

TO:  Defendant Sara Lee Corporation d/b/a Sara Lee Bakery Group and its attorneys Lisa Hansen Marso, Boyce, Greenfield, Pashby & Welk, L.L.P., 101 North Phillips Avenue, Suite 600, P.O. Box 5015, Sioux Falls, SD 57117-5015; Donald M. Lewis, Kevin M. Lindsey, Katie M. Connolly, Halleland Lewis Nilan & Johnson P.A., 600 U.S. Bank Plaza South, 220 South Sixth Street, Minneapolis, Minnesota 55402-4501; and

Plaintiffs/Intervenors George Clark Jr. and James Meier, and their attorney Scott G. Hoy, Hoy Trial Lawyers, Prof. L.L.C., 1508 W. Russell Street, Sioux Falls, South Dakota 57104; and

Plaintiff/Intervenor Rickey Johnson and his attorney Michael W. Strain, Morman Law Firm, 850 Main Street, P.O. Box 729, Sturgis, SD 57785.

Notice is given pursuant to Fed. R. Civ. P. 30(b) that counsel for Plaintiff Equal Employment Opportunity Commission will take the video deposition of Terry Olinger on Wednesday, October 24, 2007, at 9:00 a.m. Central Daylight Time, said deposition being taken at the offices of Boyce, Greenfield, Pashby & Welk, L.L.P., 101 North Phillips Avenue, Suite 600, P.O. Box 5015, Sioux Falls, South Dakota 57117.  The deposition shall also be recorded by a

stenographer.  Such deposition may be used for any purpose allowed by the Federal Rules of Civil Procedure.

Dated this 10th day of October, 2007.

        s/Laurie A. Vasichek
        Laurie A. Vasichek (MN #0171438)
        Senior Trial Attorney

        Equal Employment Opportunity Commission
        Minneapolis Area Office
        330 Second Avenue South, Suite 430
        Minneapolis, Minnesota 55401
        telephone:  (612) 335-4061
        facsimile:   (612) 335-4044
        laurie.vasichek@eeoc.gov